UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

YEINIER ALEJO SOTO                          CIVIL ACTION NO. 3:26-0816

                                            SECTION P

VS.

                                            JUDGE DAVID C. JOSEPH

DEPT. OF HOMELAND SECURITY, ET AL.    MAG. JUDGE KAYLA D. MCCLUSKY

## ORDER

Petitioner Yeinier Alejo Soto, a detainee in the custody of the Department of Homeland Security and the Bureau of Immigration and Customs Enforcement, petitions for a writ of habeas corpus under 28 U.S.C. § 2241.  Petitioner moves for expedited consideration.  [doc. # 13].

**THE CLERK OF COURT IS INSTRUCTED** to email a copy of this Order to the Civil Chief of the United States Attorney's Office for the Western District of Louisiana and grant her access to the pleadings.

**IT IS ORDERED** that Respondents file a response to the Petition within **21 days** of the date of this Order, or service of the Petition on the United States Attorney for the Western District of Louisiana, whichever is later.

**IT IS FURTHER ORDERED** that Petitioner shall have **7 days** following the filing of Respondents' response to file a reply.

**IT IS FURTHER ORDERED** that Petitioner's motion to expedite, [doc. # 13], is **DENIED AS MOOT**.  Currently, all habeas corpus petitions filed by immigrant detainees are under expedited consideration.

When the record is complete, the Court will determine the necessity of an evidentiary hearing.

In Chambers, Monroe, Louisiana, this 29th day of April, 2026.

_____
Kayla Dye McClusky
United States Magistrate Judge