**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| **YEINIER ALEJO SOTO** | **CIVIL ACTION NO. 26-CV-00816** |
| **VERSUS** | **DISTRICT JUDGE JOSEPH** |
| **DEPT. OF HOMLAND SECURITY, ET AL** | **MAGISTRATE JUDGE MCCLUSKY** |

### ORDER

Considering the Motion for Extension of Deadline to Respond filed by the Federal Respondents having been considered:

IT IS ORDERED that the motion is GRANTED and Federal Respondents are permitted until May 19, 2026, to respond to Petitioner's Petition for Writ of Habeas Corpus.

THUS, DONE AND SIGNED in Monroe, Louisiana, this 13th day of May 2026.

_____
UNITED STATES MAGISTRATE JUDGE